IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RANDY OLSON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **05-4022-JLF** |
| | ) |
| **BRISTOL-MEYERS SQUIBB CO.**, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

**DATED:  March 15, 2006**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

**Magistrate Judge Donald E. Wilkerson is hereby assigned for all pretrial non dispositive motions.**